# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0282.  KATRINA MAYERS v. NATIONSTAR MORTGAGE.**

Nationstar Mortgage brought a dispossessory action against Katrina Mayers in magistrate court.  After the magistrate court entered judgment in favor of Nationstar, Mayers filed a pro se document asking "the courts" to review her case.  This document apparently was interpreted as a notice of appeal, and the record was transmitted to the Supreme Court.  That court, however, found that it did not have jurisdiction and transferred the appeal here.

A ruling entered in the magistrate court may only be reviewed in the state court or in the superior court as provided under OCGA § 15-10-41. *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991).  The Georgia Constitution requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere."  See Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII.  Accordingly, this appeal is hereby TRANSFERRED to the Superior Court of Fulton County for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/11/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*